# In the United States Court of Federal Claims

FILED
U.S. DISTRICT COURT

AUG 2 8 2023

BY
DEPUTY_____

Tracy Hoots

_____
**Plaintiff(s),**

**v.**

**THE UNITED STATES,**

**Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)

Case No. _EAN 19.0612.392_

Judge _Scott McKee_

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see e.g.,* 28 U.S.C. §§ 1491-1509).

42 U.S Code § 1983, Ineffective Councel, torture, Duress, Coercion, Declamation of Charter,

A-5

2. **PARTIES**

Plaintiff, Tracy Hoots , resides at 127 Spring Creek Rd.
(Street Address)

Palestine, Tx 75802 , (903)516-0838
(City, State, ZIP Code)                (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

_____

_____

_____

**RELATED CASES.** Is this case directly related to any pending or previously filed cases in the United States Court of Federal Claims?    ☐ Yes  ☑ No

If yes, please list the case(s) below, including case number(s):

_____

3. **STATEMENT OF THE CLAIM**. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

42. US Code § 1983 Ineffective Councel Interigated
Without Rights, Sheriff of Henderson County Tx
Questioned the ladys that Called (CPS) false
Report (and the 2 ladys Confessed to molesting
my 11 yr. old daughter, Proscuter, my attorney,
CPS, and Sheriff knew and did nothing

(CPS) false Claim of Indicent Exposure by
me (Questioned oldest son at School In
a Room with Sheriff (no Rights Read to Him)
and all He repeated what Sheriff sayed.
He was under duress.
Sheriff charged me on false Accusastions
that were dismissed later. I now
Suffer from 13 months (ptsd) not seeing my kids
and been Held, and tortured In a Solitare
Jail cell.

A-6

**4. RELIEF.** Briefly state exactly what you want the court to do for you.

Reinstate parental Rights fully back to me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___20___ day of ___August___, ___2023___
(day)                    (month)            (year)

_____
Signature of Plaintiff(s)

A-7