IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TRACY HOOTS, <br><br>   Plaintiff, <br><br> v. <br><br> HENDERSON COUNTY SHERIFF'S OFFICE, et al., <br><br>   Defendants. | § § § § § § § § § § § § §    Case No. 6:23-cv-00433-JDK-KNM |

## FINAL JUDGMENT

The Court, having considered Plaintiff's case and rendered its decision by opinion issued this same date, hereby enters **FINAL JUDGMENT**.

It is **ORDERED** that Plaintiff's claims are **DISMISSED** with prejudice. All pending motions are **DENIED** as moot.

The Clerk of the Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **3rd** day of **November, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE